UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VINCENT SCOTT SHEPHERD,**

    **Plaintiff,**

v.                                     **Case No.  5:23-cv-94-TKW-MAF**

**MARTIN J. O'MALLEY**, Commissioner
of Social Security Administration**,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the Commissioner's decision should be reversed and remanded.  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Commissioner's decision is **REVERSED** because it is not supported by substantial evidence and is not premised on the proper legal principles,

and the case is **REMANDED** to the administrative law judge for further proceedings consistent with the Report and Recommendation.

3.     The Clerk shall enter judgment in accordance with this Oder and close the case file.

**DONE and ORDERED** this 18th day of June, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**